HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.bockmon@fd.org

Attorney for Defendant
ALAN DAVID TIKAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-cr-362 TLN |
| Plaintiff, | **AMENDED** STIPULATION AND ORDER TO VACATE STATUS CONFERENCE DATE; RESET TCH AND TRIAL DATES; SET BRIEFING SCHEDULE AND TO EXCLUDE TIME |
| vs. | |
| ALAN DAVID TIKAL, | |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED between the parties, Philip Ferrari, Assistant United States Attorney, attorney for Plaintiff, Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant ALAN DAVID TIKAL, Bruce Locke, attorney for defendant, TAMARA TERESA TIKAL, and Philip Cozens, attorney for defendant, RAY JAN KORNFELD, that the status conference currently set for October 24, 2013 be vacated.

   Further the parties stipulate that the Trial Confirmation Hearing date of January 9, 2014 and Jury Trial date of February 3, 2014 be vacated, and a new Trial Confirmation Hearing date of August 21, 2014 at 9:30 a.m. and a Jury Trial date of September 15, 2014 at 9:00 a.m. be set.

   A motion briefing schedule is stipulated as follows: Motions shall be filed by June 5, 2014; Responses due by June 19, 2014; and Replies due by June 26, 2014.  A Motion Hearing is set for July 10, 2014 at 9:30 a.m.  The motion hearing currently set for November 21, 2013 is vacated.

   A Superceding Indictment was filed in this case on September 11, 2013 naming two additional defendants along with defendant ALAN DAVID TIKAL. The reason for the continuance is to allow defense counsel time to review voluminous discovery consisting of over

70,000 pages with the defendants, to examine possible defenses and to continue investigating the facts of the case.

IT IS FURTHER STIPULATED that the period October 22, 2013 through and including September 15, 2014, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated:  October 24, 2013

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Matthew C. Bockmon*
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          ALAN DAVID TIKAL

                                          */s/ Matthew C. Bockmon for*
                                          BRUCE LOCKE
                                          Attorney for TAMARA TERESA TIKAL

                                          */s/ Matthew C. Bockmon for*
                                          PHILIP COZENS
                                          Attorney for RAY JAN KORNFELD

Dated: October 24, 2013                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          */s/ Matthew C. Bockmon for*
                                          PHILIP A. FERRARI
                                          Assistant U.S. Attorney

*U.S. v Tikal, et al., 12-cr-362 TLN*

**ORDER**

UPON GOOD CAUSE SHOWN and the amended stipulation of all parties, it is ordered that the October 24, 2013, status conference hearing be vacated. It is also ordered that the Trial Confirmation Hearing of January 9, 2014 is vacated and a new Trial Confirmation Hearing of August 21, 2014 be set at 9:30 a.m. The trial date of February 3, 2014 is vacated and a new trial date of September 15, 2014 be set at 9:00 a.m. The new motion briefing scheduled is adopted. The motion hearing is scheduled for July 10, 2014 at 9:30 a.m. The motion hearing for November 21, 2013 is vacated.

Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the September 15, 2014 trial date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: October 24, 2013

_____
Troy L. Nunley
United States District Judge

*U.S. v Tikal, et al., 12-cr-362 TLN*