Malcolm Segal (SBN 075481)
Emily E. Doringer (SNB 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
RAY KORNFELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAY KORNFELD,<br><br>Defendant. | Case No: 2:12–cr-00362 TLN<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

The defendant, RAY KORNFELD, through his counsel of record, Malcolm Segal, Segal & Associates, PC, and plaintiff United States of America, through its counsel, Assistant United States Attorney Philip Ferrari and Special Assistant United States Attorney Maggy Krell, agree and stipulate that, in order to permit newly retained counsel for the defendant (1) time to review the discovery received from previous counsel and (2) to review the information and materials supplied by the defendant and previous counsel to the United States probation Officer and submit any additional materials, the Judgment and Sentencing currently set for

1  December 11, 2014 may be continued until January 22, 2015 may be continued
2  to January 22, 2015 at 9:30 a.m. in accordance with the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | January 22, 2015; |
| Reply or Statement of Non-Opposition: | January 15, 2015; |
| Motion for Correction of the Presentence Report: | January 8, 2015; |
| Presentence Report filed: | December 31, 2014; |
| Written Objections to the Presentence Report: | December 11, 2014; |
| Presentence Report Shall be Disclosed to Counsel: | December 24, 2014. |

**IT IS SO STIPULATED.**

                                     Respectfully submitted,

                                     **SEGAL & ASSOCIATES, PC**

Dated:  October 30, 2014        By:  /s/ Malcom Segal
                                            MALCOLM SEGAL
                                            Attorneys for Defendant
                                            RAY KORNFELD

Dated: October 30, 2014        By:   BENJAMIN B. WAGNER
                                                United States Attorney
                                                /s/ Philip Ferrari
                                                PHILIP FERRARI
                                                Assistant United States Attorney (per authorization)

Dated: October 30, 2014     By:     /s/ Maggy Krell
                                    MAGGY KRELL
                                    Special Assistant United States Attorney
                                    (per authorization)

## ORDER

UPON GOOD CAUSE SHOWN and on the stipulation of all parties, it is Ordered that the Judgment and Sentencing currently set for December 11, 2014 be continued to January 22, 2015, at 9:30 a.m. in accordance with the schedule set forth above.

Dated: November 4, 2014

_____
Troy L. Nunley
United States District Judge