Malcolm Segal (SBN 075481)
Emily E. Doringer (SNB 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
Ray Kornfeld

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RAY KORNFELD,<br><br>　　　　　Defendant. | Case No: CR. S-12-0362 TLN<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

　　　　The defendant, RAY KORNFELD, through his counsel of record, Malcolm Segal, Segal & Associates, PC, and plaintiff United States of America, through its counsel, Assistant United States Attorney Philip Ferrari, agree and stipulate that, in order to permit counsel for the defendant time to review discovery materials, prepare for sentencing and submit formal objections to the Presentence Report and any other additional materials, in light of scheduling difficulties, the Judgment and Sentencing currently set for January 22, 2015 may be continued to February 19, 2015 at 9:30 a.m. in accordance with the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | February 19, 2015 |
| Reply or Statement of Non-Opposition: | February 12, 2015; |
| Motion for Correction of the Presentence Report: | February 5, 2015; |
| Presentence Report filed: | January 27, 2014; |

**IT IS SO STIPULATED.**

Respectfully submitted,

**SEGAL & ASSOCIATES, PC**

Dated:  December 24, 2014        By: /s/ Malcom Segal
                                 MALCOLM SEGAL
                                 Attorneys for Defendant
                                 RAY KORNFELD


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: December 24, 2014         By: /s/ Philip Ferrari
                                 PHILIP FERRARI
                                 Assistant United States Attorney (per authorization)

**ORDER**

UPON GOOD CAUSE SHOWN and on the stipulation of all parties, it is Ordered that the Judgment and Sentencing currently set for January 22, 2015, shall be continued to February 19, 2015 at 9:30 a.m. in accordance with the schedule set forth above.

Dated:   December 30, 2014

_____
Troy L. Nunley
United States District Judge