UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN DAVID TIKAL<br><br>Defendant. | No.  2:12-cr-00362-TLN<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS THE INDICTMENT** |

This matter is before the Court pursuant to Defendant Alan David Tikal's ("Defendant") Motion to Dismiss the Indictment (ECF No. 194).  Throughout the course of this case, Defendant has continually argued that this Court lacks jurisdiction and venue to try his case.  The Court has heard such arguments numerous times and each time ruled that jurisdiction and venue are proper.  The Court's interpretation of the law has not changed.

Pursuant to 18 U.S.C. § 3231, "[t]he district courts of the United States have original jurisdiction, exclusive of the courts of the States, of all offences against the laws of the United States."  Defendant was convicted of Mail Fraud in Violation of 18 U.S.C. § 1341, and Money Laundering in Violation of 18 U.S.C. § 1957.  (ECF No. 149.)  As such, Defendant's Motion to Dismiss the Indictment (ECF No. 194) is hereby DENIED.  Furthermore, to the extent that Defendant's motion intimates that he would prefer to represent himself in appealing this case,

1 | Defendant is free to do so, and should direct any further motions to the Ninth Circuit.

2 |     IT IS SO ORDERED.

3 | Dated:  February 2, 2015

                                       Troy L. Nunley
                                       United States District Judge