1  BRUCE LOCKE
2  Moss & Locke
3  800 Howe Avenue, Ste 110
4  Sacramento, California 95825
5  (916) 719-3194
6  blocke@mosslocke.com
7  Attorneys for
   TAMARA TIKAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-12-362 TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER AMENDING THE SCHEDULE OF DISCLOSURE |
| v. | ) | |
| TAMARA TIKAL, | ) | |
| Defendant. | ) | |

_____

The defendant, Tamara Tikal, by and through her attorney and the United States, by and through its attorney, hereby stipulate that the Sentencing date and the Schedule for Disclosure of the Pre-Sentence Report should be amended to provide that the Sentencing Date shall be April 23, 2015, at 9:30 a.m., rather than February 19, 2015; that the Informal Objection Date shall be March 5, 2015; that the Report Date shall be March 12, 2015; that the Correction Date shall be March 26, 2015; and that the Reply Date shall be April 2, 2015.  The reason for the change is that defense counsel has obtained approval to have Ms. Tikal examined by a psychologist prior to sentencing and the additional time is necessary to give the psychologist time to do the examination and prepare her report.

///

///

1

1  The Probation Officer has been advised of this pleading and has no objection to the new
2  dates.

3  DATED: February 10, 2015

   /s/ Bruce Locke
4  For Tamara Tikal

8  DATED: February 10, 2015

   /s/ Bruce Locke
   For PHILIP FERRARI
   And MAGGY ROSE KRELL
9  Attorneys for the United States

12  IT IS SO ORDERED.

13  DATED: February 10, 2015

14  Troy L. Nunley
    United States District Judge

2